UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Blakelick Properties LLC
                        Plaintiff,

v.                                                    Case No.: 1:25−cv−04569
                                                             Honorable Sharon Johnson Coleman

Village of Glen Ellyn, The
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 7/15/2025. At the time that this case was called, counsel for plaintiff did not appear. Counsel later appeared and was informed of the status. Counsel for defendant reported that since plaintiff did not file a motion for extension of time, the temporary restraining order expires today. An ordinance was entered and will take into effect January 1, 2026. Counsel reported that notice has been sent to all Airbnb homeowners. Counsel also stated that proof of service on defendants was not filed on the case docket by plaintiff's counsel. Defendant to file a response to the complaint by 8/1/2025. Plaintiff's motion for a preliminary injunction [6] is fully briefed, the Court takes it under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.