IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLAKELICK PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO.: 25-cv-04569 |
| | ) | |
| THE VILLAGE OF GLEN ELLYN, | ) | Honorable Sharon Johnson Coleman |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Deborah A. Ostvig, an attorney, hereby certify that I served **Defendant's Answer and Affirmative Defenses to Plaintiff's Verified Complaint for Declaratory and Other Relief** on all parties of record through the Court's CM/ECF filing system, which will send notification of said filing to all parties of record on August 11, 2025.

Respectfully Submitted,

VILLAGE OF GLEN ELLYN

By:   s/Deborah A. Ostvig
       One of Its Attorneys

Michael E. Kujawa, ARDC# 6244621
Patrick T. Brankin, ARDC# 6228896
Richard J. Veenstra, ARDC# 6279968
Deborah A. Ostvig, ARDC# 6287031
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Phone: (312) 345-5700
Fax: (312) 345-5701
mkujawa@schainbanks.com
pbrankin@schainbanks.com
rveenstra@schainbanks.com
dostvig@schainbanks.com

Paul L. Stephanides, ARDC# 6204555
Village Attorney
Village of Glen Ellyn
535 Duane Street
Glen Ellyn, Illinois 60137
Phone: (630) 547-5294
pstephanides@glenellyn.org